UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---

P G CREATIVE, INC.

    Plaintiff,

vs.                                                                          Case No.: 18-CV-24299

AFFIRM AGENCY, LLC

    Defendant.

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF's COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant Affirm Agency, LLC, ("Defendant"), by its counsel, hereby moves this Court for an Extension of Time to file an answer or otherwise plead in response to the Complaint. The Defendant, Affirm Agency, LLC, is a Wisconsin business. Defendant requests this extension in order to secure local counsel and permit its own attorneys to file applications to appear pro hac vice in this matter prior to the time it is required to answer or otherwise plead in response to the Complaint.

Plaintiff's counsel has agreed not to oppose a motion by the Defendant to extend the deadline to answer or otherwise plead in response to the Complaint as long as the extension is not beyond December 19, 2019.

Wherefore, Defendant prays that this Unopposed Motion for Extension of Time to answer or otherwise respond to the Complaint be granted extending its time to respond to December 19, 2018.

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by electronic service and email on this 9th day of November, 2018, on the following:

Andrew S. Rapacke, Esq.
1836 N. Pine Island Road
Plantation, FL 33322
andy@arapackelaw.com

Respectfully submitted,

By: _____
Chadwick M. Layton, Esq.
FL State Bar No. 73088
Email: cmlayton@hwml-law.com
HARVEY, WADDELL & LAYTON
101 North "J" Street, Suite 1
Lake Worth, FL 33460
Phone: (561) 585-4631
Fax: (561) 585-1317
Attorneys for Defendant Affirm Agency, LLC